UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

EUGENE ALLEN,

    Petitioner,

vs.

MARTIN BITER,

    Respondent.

No. C 14-5453 PJH (PR)

**ORDER OF TRANSFER**

This is a habeas case filed pro se by a state prisoner. Plaintiff was convicted in 1972 in Amador County which is located in the Eastern District of California. He is currently incarcerated in Delano, CA, which is also in the Eastern District of California. In this petition, he argues that he is entitled to be released in light of a recent order in *Brown v. Plata*, ⸺ U.S. ⸺, 131 S.Ct. 1910 (2011).

Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); this district is neither. Therefore, this petition is transferred to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1404(a); Habeas L.R. 2254-3(b).

**IT IS SO ORDERED.**

Dated: January 26, 2015.

                PHYLLIS J. HAMILTON
                United States District Judge

G:\PRO-SE\PJH\HC.14\allen5453.trn